

FILED

NOV - 8 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 2:10-CR-18-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO CONTINUE |
| v. | ARRAIGNMENT |
| WILLIAM E. LEGGETT, JR. | |

This matter having come before the Court by motion of the Office of the Federal

Public Defender to continue the arraignment hearing of the Defendant, and for good

cause shown, it is hereby ORDERED that the arraignment hearing shall be continued

until ___January_____, 201p.

This Court finds the ends of justice served by granting of this continuance

outweigh the best interests of the public and the defendant in a speedy trial. The period

of delay necessitated by this continuance is excluded from speedy trial computation

pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This ___8___ day of November, 2010.


_____
TERRENCE W. BOYLE
United States District Judge